**HINSHAW**

HINSHAW & CULBERTSON LLP

Attorneys at Law

800 Third Avenue
13th Floor
New York, NY 10022

Mohamed F. Sweify
msweify@hinshawlaw.com

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

March 12, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> **Re:**   **Chava Bella Laufer v. Nissan-Infiniti Lt LLC - Civil Action No.
> 7:26-cv-00561-KMK**

Dear Honorable Judge Karas,

This firm represents defendant Nissan-Infiniti Lt, LLC ("Defendant" or "Nissan") with regard to the above referenced matter. On March 5, 2026, this Court scheduled an initial conference on March 16, 2026 at 11:00 a.m. ("Initial Conference").

Pursuant to Rule 1 (B & C) of Your Honor's Individual Rules of Practice, Defendant files this letter motion to adjourn the Initial Conference from March 16, 2026 to any date after April 10, 2026. This is Defendant's first request for an adjournment of the Initial Conference. Defendant requests this adjournment with good cause because the undersigned has an emergency that requires him to travel overseas on March 15, 2026 until March 25, 2026. I have conferred with counsel for Plaintiff Chava Bella Laufer ("Plaintiff") who consented to the requested adjournment. Counsel for Plaintiff noted that he will not be available for a conference from March 26, 2026 to April 10, 2026 but he consent to any date after April 10, 2026.

There are no other scheduled dates in this matter and this requested adjournment does not affect any other scheduled dates. Defendant's appearance is limited to this letter motion only and it expressly reserves all rights to raise any and all relevant defenses in future filings.

Therefore, pursuant to Rule 5, Defendant respectfully files a letter motion, per Rule 1(B & C) of Your Honor's Individual Rules of Practice, for an adjournment of the Initial Conference scheduled on March 16, 2026 to any date after April 10, 2026.

Case 7:26-cv-00561-KMK    Document 10    Filed 03/12/26    Page 2 of 2

Honorable Judge Kenneth M. Karas, U.S.D.J.
March 12, 2026
Page 2

Should this Court have any questions, the undersigned remains available.

Respectfully submitted,
HINSHAW & CULBERTSON LLP

*Mohamed Sweify*
Mohamed F. Sweify

cc: LAW OFFICE OF ADAM G. SINGER, PLLC (via ECF)

Granted. The conference is adjourned to 4/ 10 /26, at 11 . 00
Via teleconference
So Ordered.

3/12/26